```
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| LAURA J. MARIE )<br> )<br>        Plaintiff      )<br> )<br>  vs.                     )<br> )<br>SEARS AUTO REPAIR CENTER;   )<br>SEARS HOLDINGS CORPORATION; and )<br>SEARS & ROEBUCK, doing business )<br>    as Sears Auto Center,     )<br> )<br>        Defendants    )  | Civil Action<br>No. 10-cv-6535 |

O R D E R

NOW, this 20th day of January, 2011, upon consideration of Plaintiff's Petition to Remand, which petition was filed November 24, 2010; upon consideration of the Reply of Defendants, Sears Roebuck and Co. and Sears Holdings Corporation, to Petition for Remand of Plaintiff, Laura J. Marie, which reply was filed December 3, 2010; upon consideration of Plaintiff's Reply Brief in Support of Plaintiff's Petition to Remand, which reply brief was filed December 4, 2010[1]; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that Plaintiff's Petition to Remand is denied.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge

---

[1] Plaintiff filed her reply brief without first seeking leave of Court, as required by my formal written Policies and Procedures. See also Rule 7.1(c) of the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania. Because I found the reply brief helpful in disposing of the within motion, I considered it. However, in the future any party wishing to file a reply brief must request leave of Court in accordance with my Policies and Procedures.